UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MARY L. BILLIOT,                    )
                                    )
            Plaintiff,              )
                                    )
v.                                  )      No.:    3:05-CV-252
                                    )              (VARLAN/GUYTON)
COVE MOUNTAIN REALTY, INC.,         )
JOHN YOUNG, and ALIXE YOUNG,        )
                                    )
            Defendants.             )

## ORDER

This civil action is before the Court pursuant to 28 U.S.C. § 636(b), the Rules of this

Court, and by Order [Doc. 27] of the Honorable Thomas A. Varlan, United States District Judge,

for disposition of the plaintiff's Motion to Compel Discovery.  [Doc. 75.]  H. Stephen Gillman,

plaintiff's counsel, has since informed chambers telephonically that this matter has been resolved.

Accordingly, the plaintiff's motion [Doc. 75] is hereby **DENIED as moot**.

     **IT IS SO ORDERED.**

                              ENTER:


                              _____s/ H. Bruce Guyton_____
                              United States Magistrate Judge